EL PUEBLO DE PUERTO RICO, demandante y apelado, *v.* MOISÉS CARRIÓN, acusado y apelante.

Núms. 6680 y 6681.—*Sometidos:* Diciembre 3, 1937. *Resueltos:* Diciembre 23, 1937.

*Carlos H. Juliá,* abogado del apelante; *R. A. Gómez, Fiscal,* abogado de El Pueblo, apelado.

EL JUEZ ASOCIADO SEÑOR WOLF emitió la opinión del tribunal.

En estos casos hubo prueba tendente a demostrar que el acusado Moisés Carrión se halló con el denunciante Segundo Vázquez en una de las calles del pueblo de Loíza y, luego de un cambio de palabras que carecen de importancia, sacó un revólver y le hizo tres disparos sin lograr herirle. Cuando llegó la policía ya Carrión había desaparecido y fué imposible localizar la supuesta arma. Estos hechos se desprenden de la declaración de Segundo Vázquez. Carrión fué convicto de acometimiento grave y de portar armas. En apelación para ante este tribunal su única objeción se dirige a la apreciación de la prueba hecha por la corte inferior.

La conclusión del juez sentenciador se basó prácticamente sólo en la declaración del denunciante. Aunque él era la parte perjudicada y su declaración debe ser cuidadosamente analizada por una corte sentenciadora, no estamos dispuestos a revocar la decisión de dicho tribunal en lo que a su credibilidad se refiere. La prueba no es quizá tan fuerte como pudiera imaginarse, pero en los autos aparece lo suficiente para sostener la sentencia de la corte inferior en ambos recursos.

*Las sentencias deben ser confirmadas.*

Los Jueces Presidente Señor del Toro y Asociado Señor Córdova Dávila no intervinieron.